UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHIANNE C. DAVIS,

                Plaintiff,

      -against-

BEATRICE CARTY, et al.,

                Defendants.

24-CV-6674 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated March 13, 2025, the Court held that Plaintiff's complaint failed to state a claim on which relief may be granted and granted her 60 days' leave to file an amended complaint.[1] (ECF 6.) The Court thereafter granted Plaintiff multiple extensions of time to file an amended complaint. The Court noted that Plaintiff could complete the court's Amended Employment Discrimination Complaint form by (1) checking the appropriate box(es) on the form to indicate the statutes under which she seeks relief and the protected class(es) on which she was discriminated against; (2) including a short statement "alleging facts that directly show discrimination or facts that indirectly show discrimination by giving rise to a plausible inference of discrimination." *Vega v. Hempstead Union Free Sch. Dist.*, 801 F.3d 72, 87 (2d Cir. 2015); and (3) attaching to her amended complaint the Notice of Right to Sue that she received from the Equal Employment Opportunity Commission.

On August 22, 2025, Plaintiff filed a narrative summary of facts, which did not include a caption and is unsigned. (ECF 11.) The Court grants Plaintiff leave to file a *completed* amended

---

[1] The Court noted, among other things, that: (1) the only proper defendant in a Title VII action by a United States Postal Service employee is the Postmaster General; and that (2) for a federal employer, Title VII preempts state law claims of discrimination.

complaint form, within 14 days, that identifies the defendant, and the employer's alleged adverse action(s) against her (such as whether her employment was terminated, she was constructively discharged due to her work environment, the employer did not accommodate a disability, or something else). If Plaintiff files the Amended Employment Discrimination Complaint form, the Amended Employment Discrimination Complaint form and Plaintiff's statement of facts (ECF 11), will be treated together as the operative amended complaint.

If Plaintiff does not complete the Amended Employment Discrimination Complaint form, the Court will deem Plaintiff's statement of facts (ECF 11) as the amended complaint and review it for sufficiency under 28 U.S.C. § 1915(e).

## CONCLUSION

The Court grants Plaintiff leave to file a completed Amended Employment Discrimination Complaint form within 14 days. An Amended Employment Discrimination Complaint form for Plaintiff to complete is attached to this order and a fillable form is available online at https://www.nysd.uscourts.gov/forms.

If Plaintiff files the Amended Employment Discrimination Complaint form, the Amended Employment Discrimination Complaint and Plaintiff's statement of facts (ECF 11), will be treated together as the operative amended complaint. If Plaintiff does not complete the Amended Employment Discrimination Complaint form, the Court will deem Plaintiff's statement of facts (ECF 11) as the amended complaint and review it for sufficiency under 28 U.S.C. § 1915(e).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose

3

of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    SO ORDERED.

Dated:   August 26, 2025
           New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge