UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIANNE C. DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> LOIS DEJOY, Postmaster General, U.S. Postal Service, <br><br> Defendant. | 24-CV-6674 (RA) <br><br> <u>ORDER OF SERVICE</u> |

RONNIE ABRAMS, United States District Judge:

Plaintiff brings this *pro se* action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and the Rehabilitation Act, 29 U.S.C. §§ 701 to 796. She alleges that her employer discriminated against her based on her sex, religion, and disabilities. By order dated September 10, 2024, the Court granted Plaintiff's request to proceed *in forma pauperis* (IFP), that is, without prepayment of fees.

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, she is entitled to assistance from the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

The Clerk of Court is directed to substitute David Steiner, the current Postmaster General of the United States Postal Service (USPS), for Defendant Lois DeJoy, the former Postmaster

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

General. *See* Fed. R. Civ. P. 25(d). To allow Plaintiff to effect service on Defendant through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form (USM-285 form) for Defendant. The Clerk of Court is further instructed to: (1) mark the box on the USM-285 form labeled "Check for service on U.S.A."; and (2) issue a summons and deliver to the Marshals Service a copy of this order and all other paperwork necessary for the Marshals Service to effect service on the United States.

If the second amended complaint (ECF 14) is not served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service). Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is directed to substitute David Steiner, the current Postmaster General of the USPS, for Defendant Lois DeJoy, former Postmaster General. *See* Fed. R. Civ. P. 25(d).

The Clerk of Court is further directed to: (1) mail an information package to Plaintiff; (2) mark the box on the USM-285 form labeled "Check for service on U.S.A."; and (2) issue a summons and deliver to the Marshals Service a copy of this order and all other paperwork necessary for the Marshals Service to effect service on the United States.

SO ORDERED.

Dated:   September 11, 2025
         New York, New York

                                              _____
                                                       RONNIE ABRAMS
                                                  United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. David Steiner, Postmaster General
   United States Postal Service
   475 L' Enfant Plaza SW
   Washington, DC 20260

2. Attorney General of the United States
   United States Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530

3. United States Attorney
   Southern District of New York
   Civil Division
   86 Chambers Street, 3rd Floor
   New York, New York 10007